MARY SCHOR AND JOHN SCHOR, HER HUSBAND, ET AL., PLAINTIFFS, v. ALVIN J. WILLIAMS, DEFENDANT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the defendant, *Wayne Dumont* and *William V. Rosenkrans.*

For the plaintiffs, *Aaron L. Simon.*

PER CURIAM.

Our examination of the testimony in this case leads us to the conclusion that the accident was caused solely by the negligence of the driver of the plaintiff's car, and was not contributed to in any way by any negligence of the defendant.

The rule should be made absolute.